

Melanie Rubinsky
713-405-3336– Direct
mrubinsky@nwtlaw.com

February 26, 2026

Honorable George C. Hanks, Jr.                   *<u>Via E-file</u>*
United States District Judge
515 Rusk Street, Room 6202
Houston, Texas 77002

    Re:    Civil Action No. 4:25-cv-05109; *Allstate Insurance Company, et al v. Greater Houston Healthcare Solutions, PLLC, et al*; United States District court for the Southern District of Texas

Honorable Judge Hanks:

    The parties have been in active settlement negotiations since the service of the Complaint on Defendants in the above referenced matter and have filed Stipulations extending the deadline for the Defendants to file a responsive pleading, including a Third Stipulation submitted to the Court today. There has been promising movement on the settlement discussions and the parties have agreed that the most likely way to get a settlement finalized at this point is mediation. The undersigned counsel have agreed that a mediation with Magistrate Judge Christina A. Bryan would be ideal, and it is our understanding following a conversation with your Judicial Assistant, that a joint letter advising that the parties have agreed to mediate with Judge Bryan is required.

    Therefore, the parties respectfully request that this Honorable Court afford them the opportunity to mediate the above matter with Judge Bryan as the mediator.

    Should you have any questions or desire any additional information, please do not hesitate to contact us at your convenience.

                                      Respectfully,

                                      Melanie Rubinsky

February 26, 2026
**2 |** P a g e

Agreed:

_____
Nathan A. Tilden
King, Tilden, McEttrick & Brink, P.C.

Counsel for Plaintiffs,
Allstate Insurance Company, et al